C-13-15(a) Motion
(Rev 10/06)

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| In Re: John Richard Anderson | ) | Motion and Notice |
| Tammy Wilder Anderson | ) | Chapter 13 |
| | ) | |
| | ) | No. B-0680630 C13D |
| | ) | |
| Debtor(s) | ) | |

The undersigned Standing Trustee respectfully moves the Court for an order as follows:

On August 10, 2006, the Debtors' Plan was confirmed. The Confirmation Order provided that the debt of Duke University Federal Credit Union ("the Credit Union") secured by a 2004 Kia automobile ("the automobile") shall be recognized as secured at the interest rate of 9.75% when said claim was timely and properly filed evidencing a perfected security interest in the collateral. On June 6, 2006, the Standing Trustee received a proof of claim in favor of the Credit Union in the amount $18,388.24; however, the Credit Union failed to attach evidence of a properly perfected lien on the certificate of title to the automobile. On January 22, 2007, the Standing Trustee received evidence from the North Carolina Department of Transportation of a lien in favor of the Credit Union against the automobile.

The Standing Trustee respectfully recommends to the Court that an Order be entered allowing the Credit Union shall a secured claim in the amount of $18,388.24 with interest at the rate of 9.75% per annum commencing from January 22, 2007 payable in monthly installments of $435.00.

| | |
|---|---|
| Date:  January 31, 2007 | s/ Richard M. Hutson, II |
| lp | Standing Trustee |

--------------------------------------------------------------------------------------------------------------------------------

**NOTICE**

TAKE NOTICE THAT any interested party who has an objection to the Motion MUST FILE A WRITTEN OBJECTION on or before March 5, 2007 with the parties named on the attached Parties to be Served list and with the U.S. Bankruptcy Court at the following address:

*101 S. Edgeworth Street*
*Greensboro, NC 27401*

If no objections are filed within the time period, the Court will consider this motion without a hearing. If objections are timely filed, a hearing on the motion will be held on March 22, 2007 at 11:00 a.m., in the following location:

*Courtroom, First Floor*
*Durham Centre Building*
*300 West Morgan Street*
*Durham, NC 27701*

| | |
|---|---|
| Date:  January 31, 2007 | OFFICE OF THE CLERK |
| | U.S. Bankruptcy Court |

**PARTIES TO BE SERVED
PAGE 1 OF 1
B-0680630 C13D**

John R. Anderson
Tammy W. Anderson
111 Blessed Hope Drive
Mebane, NC 27302

John T. Orcutt, Esq.
6616-203 Six Forks Road
Raleigh, NC 27615

Richard M. Hutson, II, Esq.
Post Office Box 3613
Durham, NC 27702

Duke University Federal Credit Union
1400 Morreene Road
Durham, NC 27705