C-13-15(ECF)
(Rev. 3/04)

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| In Re:  John Richard Anderson | ) | **MOTION** |
| Tammy Wilder Anderson | ) | **CHAPTER 13** |
| | ) | |
| | ) | No. B-06-80630 C-13D |
| | ) | |
| Debtors | ) | |

The undersigned Standing Trustee respectfully moves the Court for a hearing on the following:

The Debtors' last full payment was for April, 2009. The Standing Trustee's office has contacted the Debtors regarding the delinquent payments, and the Debtors have not responded.

The Standing Trustee respectfully recommends to the Court that the Debtors be dismissed from the Plan for nonpayment.


Date: June 25, 2009                                                                                          s/Richard M. Hutson, II
RMH:ltp                                                                                                              Standing Trustee
-------------------------------------------------------------------------------------------------------------------------------

### NOTICE TO INTERESTED PARTIES OF HEARING ON MOTION

You are notified that the foregoing matter will be heard before this Court at the Courtroom, first floor, Durham Centre Building, 300 West Morgan Street, Durham, NC, on **August 27, 2009**, at 12:00 p.m.; at which time you may appear and offer your evidence. If you fail to appear, the motion may be taken as true and an Order entered accordingly.


Date: June 25, 2009                                                                                          OFFICE OF THE CLERK
                                                                                                                          U.S. Bankruptcy Court

<u>PARTIES TO BE SERVED</u><br>
B-06-80630 C-13D

John Richard Anderson  
Tammy Wilder Anderson  
111 Blessed Hope Drive  
Mebane, NC 27302  

John T. Orcutt, Esq.  
6616-203 Six Forks Road  
Raleigh, NC 27615  

Richard M. Hutson, II, Esq.  
Post Office Box 3613  
Durham, NC 27702